**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **JUST FLOOR IT!** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 86-1388792 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1320 E. LINCOLN WAY<br>SUITE 102<br>SPARKS, NV 89434**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Washoe**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **JUST FLOOR IT!**                                        Case number (*if known*) _____
     Name

**7.**   **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     **4441**

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **JUST FLOOR IT!**                                        Case number (*if known*)
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | _____ | | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **JUST FLOOR IT!**
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*)

| Debtor | **JUST FLOOR IT!** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2024**
MM / DD / YYYY

**X /s/ RYAN GAGE**
Signature of authorized representative of debtor

**RYAN GAGE**
Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X /s/ KEVIN A DARBY**
Signature of attorney for debtor

Date    **March 26, 2024**
MM / DD / YYYY

**KEVIN A DARBY 7670**
Printed name

**DARBY LAW PRACTICE**
Firm name

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone    **775.322.1237**        Email address    **kevin@darbylawpractice.com**

**7670 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **JUST FLOOR IT!**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 26, 2024**         X /s/ RYAN GAGE
                                        Signature of individual signing on behalf of debtor

                                        **RYAN GAGE**
                                        Printed name

                                        **PRESIDENT**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **JUST FLOOR IT!**

United States Bankruptcy Court for the:  **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BR FUNSTEN 105 INDUSTRIAL PARK DR. MANTECA, CA 95337** | | **TRADE DEBT** | | | | **$14,000.00** |
| **CARPETS OF DALTON 5805 SPEULVEDA BLVD FOURTH FLOOR SHERMAN OAKS, CA 91411** | | **TRADE DEBT** | | | | **$10,000.00** |
| **GERRITY PO BOX 740906 LOS ANGELES, CA 90074-0906** | | **PAST DUE RENT** | **Unliquidated Disputed Subject to Setoff** | | | **$90,600.00** |
| **INDUSTRIAL HANDLING EQUIPMENT BARR CREDIT SERVICES 3444 N COUNTRY CLUB ROAD SUITE 200 TUCSON, AZ 85716** | | **TRADE DEBT** | **Unliquidated Disputed** | | | **$22,254.22** |
| **MOHAWK 160 S. INDUSTRIAL BLVD CALHOUN, GA 30701** | | **TRADE DEBT** | | | | **$20,000.00** |
| **ONDECK 1400 BROADWAY FLOOR 25 NEW YORK, NY 10018-5225** | | **BUSINESS LOAN** | | | | **$165,000.00** |

Debtor  **JUST FLOOR IT!**
Name                                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ONDECK 1400 BROADWAY FLOOR 25 NEW YORK, NY 10018-5225** | | **LINE OF CREDIT** | | | | **$40,000.00** |
| **REVENUED, LLC 410 JERICHO TPKE., SUITE 220 JERICHO, NY 11753** | | **BUSINESS LOAN** | | | | **$18,099.15** |
| **SHAW INDUSTRIES 616 E. WALNUT AVE. DALTON, GA 30720** | | **TRADE DEBT** | | | | **$1,000.00** |
| **STATE OF NEV. DEPT. OF TAXATION 1550 COLLEGE PARKWAY, SUITE 115 CARSON CITY, NV 89706** | | **SALES AND USE TAXES** | | | | **$18,180.00** |
| **ULINE AMERICAN FINANCIAL MANAGEMENT 5500 PEARL STREET SUITE 250 ROSEMONT, IL 60018** | | **TRADE DEBT** | | | | **$525.92** |

**Fill in this information to identify the case:**

Debtor name   **JUST FLOOR IT!**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **ALLY**
Creditor's Name

**PO BOX 380902**
**MINNEAPOLIS, MN**
**55438-0902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/16/21**
**Last 4 digits of account number**
**4984**

Do you have multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2015 FORD TRANSIT VAN**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$21,270.57** | **$25,000.00**

**2.2**   **ALLY**
Creditor's Name

**PO BOX 380902**
**MINNEAPOLIS, MN**
**55438-0902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/12/2022**
**Last 4 digits of account number**
**5057**

Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**2022 RAM 3500**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$70,821.14** | **$85,000.00**

Debtor **JUST FLOOR IT!**

Case number (if known) _____

Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **ALLY** | Describe debtor's property that is subject to a lien | $83,504.46 | $85,000.00 |

Creditor's Name

**2021 CHEVY TAHOE**

**PO BOX 380902**
**MINNEAPOLIS, MN**
**55438-0902**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**1/17/2023**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5786**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CHRYSTLER CAPTIAL** | Describe debtor's property that is subject to a lien | $38,882.51 | $40,000.00 |

Creditor's Name

**2021 RAM PRO MASTER**

**PO BOX 660335**
**DALLAS, TX 75266**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**3/25/2023**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5384**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **KEYSTONE EQUIPMENT FINANCE CORP.** | Describe debtor's property that is subject to a lien | $6,295.87 | $10,000.00 |

Creditor's Name

**3632 SCISSOR LIFT**

**433 S. MAIN ST. SUITE 200**
**WEST HARTFORD, CT**
**06110**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

---

Debtor    **JUST FLOOR IT!**
Name

| | |
|---|---|
| _____ | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **4/9/2023** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **1EFA** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

Case number (if known)    _____

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$220,774.55** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __JUST FLOOR IT!__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**STATE OF NEV. DEPT. OF TAXATION**<br>**1550 COLLEGE PARKWAY, SUITE 115**<br>**CARSON CITY, NV 89706** | **$18,180.00** | **$18,180.00** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**SALES AND USE TAXES**

Last 4 digits of account number **6001**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**BR FUNSTEN 105 INDUSTRIAL PARK DR.**<br>**MANTECA, CA 95337** | **$14,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number **7053**

Is the claim subject to offset? ■ No ☐ Yes

|  |  |  |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>**CARPETS OF DALTON**<br>**5805 SPEULVEDA BLVD**<br>**FOURTH FLOOR**<br>**SHERMAN OAKS, CA 91411** | **$10,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number **7182**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **JUST FLOOR IT!**
_____
Name

Case number (*if known*) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,600.00** |
|---|---|---|---|

**GERRITY**
**PO BOX 740906**
**LOS ANGELES, CA 90074-0906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **PAST DUE RENT**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | | **$22,254.22** |

**INDUSTRIAL HANDLING EQUIPMENT**
**BARR CREDIT SERVICES**
**3444 N COUNTRY CLUB ROAD**
**SUITE 200**
**TUCSON, AZ 85716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | | **$20,000.00** |

**MOHAWK**
**160 S. INDUSTRIAL BLVD**
**CALHOUN, GA 30701**

Date(s) debt was incurred _

Last 4 digits of account number  **8073**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | **$40,000.00** |

**ONDECK**
**1400 BROADWAY**
**FLOOR 25**
**NEW YORK, NY 10018-5225**

Date(s) debt was incurred _

Last 4 digits of account number  **9324**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LINE OF CREDIT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | **$165,000.00** |

**ONDECK**
**1400 BROADWAY**
**FLOOR 25**
**NEW YORK, NY 10018-5225**

Date(s) debt was incurred _

Last 4 digits of account number  **7606**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BUSINESS LOAN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | **$18,099.15** |

**REVENUED, LLC**
**410 JERICHO TPKE., SUITE 220**
**JERICHO, NY 11753**

Date(s) debt was incurred _

Last 4 digits of account number  **1119**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BUSINESS LOAN**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | **$1,000.00** |

**SHAW INDUSTRIES**
**616 E. WALNUT AVE.**
**DALTON, GA 30720**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE DEBT**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **JUST FLOOR IT!**
Name

Case number (if known) _____

| | |
|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** |

**ULINE**
**AMERICAN FINANCIAL MANAGEMENT**
**5500 PEARL STREET SUITE 250**
**ROSEMONT, IL 60018**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2107**

**As of the petition filing date, the claim is:** Check all that apply.                    **$525.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE DEBT

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **SPARKS GRF2, LLC**<br>**C/O LOUIS M. BUBALA III**<br>**KAEMPFER CROWELL**<br>**50 W. LIBERTY, SUITE 1100**<br>**RENO, NV 89501** | Line  3.3<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  18,180.00 |
| **5b. Total claims from Part 2** | 5b.  + | $  381,479.29 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  399,659.29 |

**Fill in this information to identify the case:**

Debtor name     **JUST FLOOR IT!**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **COMMERICIAL LEASE FOR 1320 E LINCOLN WAY, SUITE N-103, SPARKS, NV 89434 THROUGH MARCH, 2028** | **SPARKS GRF2, LLC C/O LOUIS M. BUBALA III KAEMPFER CROWELL 50 W. LIBERTY, SUITE 1100 RENO, NV 89501** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   **JUST FLOOR IT!**

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................ $  **Fees as Approved By Court**

    Prior to the filing of this statement I have received .......................... $  **15,000.00**

    Balance Due ............................................................................................ $  **tbd**

2.  $  **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 26, 2024**

*Date*

**/s/ KEVIN A DARBY**

**KEVIN A DARBY 7670**

*Signature of Attorney*

**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237  Fax: 775.996.7290**
**kevin@darbylawpractice.com**

*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re   **JUST FLOOR IT!** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 26, 2024** _____       **/s/ RYAN GAGE** _____

**RYAN GAGE/PRESIDENT**
Signer/Title

```
JUST FLOOR IT!
1320 E. LINCOLN WAY
SUITE 102
SPARKS, NV 89434

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

ALLY
Acct No 4984
PO BOX 380902
MINNEAPOLIS, MN 55438-0902

ALLY
Acct No 5057
PO BOX 380902
MINNEAPOLIS, MN 55438-0902

ALLY
Acct No 5786
PO BOX 380902
MINNEAPOLIS, MN 55438-0902

BR FUNSTEN 105
Acct No 347053
INDUSTRIAL PARK DR.
MANTECA, CA 95337

CARPETS OF DALTON
Acct No 21637182
5805 SPEULVEDA BLVD
FOURTH FLOOR
SHERMAN OAKS, CA 91411

CHRYSTLER CAPTIAL
Acct No 5384
PO BOX 660335
DALLAS, TX 75266

GERRITY
PO BOX 740906
LOS ANGELES, CA 90074-0906

INDUSTRIAL HANDLING EQUIPMENT
BARR CREDIT SERVICES
3444 N COUNTRY CLUB ROAD
SUITE 200
TUCSON, AZ 85716

KEYSTONE EQUIPMENT FINANCE CORP.
Acct No JSTFL01EFA
433 S. MAIN ST. SUITE 200
WEST HARTFORD, CT 06110
```

```
MOHAWK
Acct No 418073
160 S. INDUSTRIAL BLVD
CALHOUN, GA 30701

ONDECK
Acct No 9324
1400 BROADWAY
FLOOR 25
NEW YORK, NY 10018-5225

ONDECK
Acct No 7606
1400 BROADWAY
FLOOR 25
NEW YORK, NY 10018-5225

REVENUED, LLC
Acct No 1119
410 JERICHO TPKE., SUITE 220
JERICHO, NY 11753

SHAW INDUSTRIES
616 E. WALNUT AVE.
DALTON, GA 30720

SPARKS GRF2, LLC
C/O LOUIS M. BUBALA III
KAEMPFER CROWELL
50 W. LIBERTY, SUITE 1100
RENO, NV 89501

STATE OF NEV.  DEPT. OF TAXATION
Acct No 6001
1550 COLLEGE PARKWAY, SUITE 115
CARSON CITY, NV 89706

ULINE
Acct No 1532107
AMERICAN FINANCIAL MANAGEMENT
5500 PEARL STREET SUITE 250
ROSEMONT, IL 60018
```

# United States Bankruptcy Court
### District of Nevada

In re  **JUST FLOOR IT!**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JUST FLOOR IT!**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 26, 2024**

Date

**/s/ KEVIN A DARBY**

**KEVIN A DARBY 7670**

Signature of Attorney or Litigant

Counsel for   **JUST FLOOR IT!**

**DARBY LAW PRACTICE**
**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
**775.322.1237 Fax:775.996.7290**
**kevin@darbylawpractice.com**