1  KEVIN A. DARBY, NVSB# 7670
   TRICIA M. DARBY, NVSB# 7959
2  DARBY LAW PRACTICE, LTD.
   499 W. Plumb Lane, Suite 202
3  Reno, Nevada 89509
4  Telephone: (775) 322-1237
   Facsimile:  (775) 996-7290
5  E-mail: kevin@darbylawpractice.com
           tricia@darbylawpractice.com
6
   [Proposed] Counsel for Debtor and Debtor in Possession
7

8              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF NEVADA
9

10 In re:                                CASE NO.:    BK-N-24-50288-hlb
                                          Chapter 11 Subchapter V
11 JUST FLOOR IT!, A NEVADA
   CORPORATION,                           **STATEMENT REGARDING
12                                        AUTHORITY TO SIGN AND FILE
                                          PETITION; AND RESOLUTION OF
13            Debtor.                     BOARD OF DIRECTORS OF JUST
14                                    /   FLOOR IT**

**United States Bankruptcy Court**
**District of Nevada**

In re **JUST FLOOR IT!**
Debtor(s)

Case No.
Chapter **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **RYAN GAGE**, declare under penalty of perjury that I am the **PRESIDENT** of **JUST FLOOR IT!**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 25th day of March, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **RYAN GAGE**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **RYAN GAGE**, **PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **RYAN GAGE**, **PRESIDENT** of this Corporation is authorized and directed to employ **KEVIN A DARBY 7670**, attorney and the law firm of **DARBY LAW PRACTICE** to represent the corporation in such bankruptcy case."

Date **March 25, 2024**

Signed /s/ Ryan Gage
**RYAN GAGE**

Resolution of Board of Directors
of
**JUST FLOOR IT!**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **RYAN GAGE**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **RYAN GAGE**, **PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **RYAN GAGE**, **PRESIDENT** of this Corporation is authorized and directed to employ **KEVIN A DARBY 7670**, attorney and the law firm of **DARBY LAW PRACTICE** to represent the corporation in such bankruptcy case.

Date **March 25, 2024**   Signed /s/ Ryan Gage
                                   **RYAN GAGE**

Date **March 25, 2024**   Signed /s/ Carmen Gage
                                   **CARMEN GAGE**