_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
September 18, 2024

KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7959
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada 89509
Telephone: (775) 322-1237
Facsimile:  (775) 996-7290
E-mail: kevin@darbylawpractice.com
            tricia@darbylawpractice.com

Counsel for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

JUST FLOOR IT!,

                Debtor.

_____/

CASE NO.:  BK-N-24-50288-hlb
Chapter 11 – Subchapter V

**ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION FOR A SMALL BUSINESS UNDER CHAPTER 11 SUBCHAPTER V**

Hearing Date:  September 11, 2024
Hearing Time:  2:30 p.m.

This matter came before the Court on September 11, 2024 at 2:30 p.m. to consider confirmation Debtor and Debtor in Possession JUST FLOOR IT!'s ("Debtor") *Subchapter V Small Business Plan of Reorganization*, filed herein by Debtor on June 24, 2024 as Docket No. 61, as amended by the *Stipulation: (1) Amending Plan of Reorganization; and (2) for Relief from the Automatic Stay*, filed herein on September 4, 2024 as Docket No. 78 (together the "Plan"); after

proper notice and service; the Court, having considered the evidence presented as well as the record of this case; no objections to the Plan have been filed; based on the findings of fact and conclusions of law placed on the record at the hearing, which findings and conclusions are hereby incorporated into this order by reference pursuant to Fed. R. Civ. P. 52, as made applicable to this adversary proceeding by Fed. R. Bankr. P 7052; and good cause appearing,

IT IS HEREBY ORDERED that the Plan is confirmed under 11 U.S.C. § 1191(b).

IT IS FURTHER ORDERED that, pursuant 11 U.S.C. § 1141(a), except as provided in §§ 1141(d)(2) and (3), the provisions of the Plan as of the Effective Date bind the Debtor and all creditors, whether or not the claim of any such creditor is impaired under the Plan and whether or not such creditor has accepted the Plan.

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 1141(b), except as otherwise provided in the Plan or in this Confirmation Order, as of the Effective Date, all of the property of the estate vests in the Debtor.  Except as provided in §§ 1141(d)(2) and (3) and except as otherwise provided in the Plan or in this Order, after confirmation of the Plan, the property dealt with by the Plan is free and clear of all claims and interests of creditors.

IT IS FURTHER ORDERED that, pursuant to the exception provided in 11 U.S.C. Section 1194(b), the Debtor shall make all Plan payments, not the Subchapter V Trustee; however, the Subchapter V Trustee shall remain as trustee for the life of the Plan and continue in her duties in conformance with 11 U.S.C. Section 1183, and the provisions of the Plan, and shall be entitled to seek allowance and payment of her compensation in accordance with applicable provisions of the Bankruptcy Code and the Plan.

IT IS FURTHER ORDERED that except as otherwise provided in the Plan or in this Confirmation Order, on and after the Effective Date, the Debtor may operate its business and may use, acquire, and dispose of property free of any restrictions of the Bankruptcy Code and Bankruptcy Rules and in all respects as if there were no pending case under any chapter or provisions of the Bankruptcy Code. The Debtor is entitled to retain and compensate professionals post-confirmation without the necessity of further approval of this Court.  The Debtor is authorized to remove the debtor in possession designation from its bank accounts. Except as set forth in the Plan concerning

objections to claims, the Debtor may also settle or compromise any claims without Court approval.

IT IS FURTHER ORDERED that the failure to reference or address all or part of any particular provision of the Plan herein has no effect on the validity, binding effect, or enforceability of such provision and such provision has the same validity, binding effect, and enforceability as every other provision of the Plan.  To the extent that any inconsistencies exist between the terms of the Plan and this Confirmation Order, the terms of this Confirmation Order shall control.

IT IS FURTHER ORDERED that, except as otherwise provided in a separate order of the Court, all executory contracts and unexpired leases not otherwise assumed are deemed rejected as of the Effective Date.

IT IS FURTHER ORDERED that, within two business days of the Effective Date, the Reorganized Debtor shall file a Notice of Occurrence of the Effective Date with the Bankruptcy Court, identifying the Effective Date and indicating that it has occurred.

IT IS SO ORDERED.

# # #

Submitted by:

DARBY LAW PRACTICE, LTD.


By: _____/s/ Kevin A. Darby_____
    Kevin A. Darby (NV SBN 7670)
    Counsel for Debtor-in- Possession

In accordance with LR 9021, an attorney submitting this document certifies as follows:

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Approved by:

*/s/ Jeanette E. McPherson*
_____
Jeanette E. McPherson, Esq.
Subchapter V. Trustee

Approved by:

*/s/ Jared A. Day*
_____
Jared A. Day, Esq.
Attorney for Tracy Hope Davis
United States Trustee

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

*/s/ Kevin A. Darby*
_____
KEVIN A. DARBY, ESQ.
DARBY LAW PRACTICE, LTD.
Attorneys for Debtor